# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JANET HOYT,

        Plaintiff,

v.                                                      Case No.: 6:23-cv-368-WWB-RMN

2560 ATLANTIC HOSPITALITY LLC,

        Defendant.

## ORDER

The Court has been advised by Plaintiff's Joint Stipulation[1] of Voluntary Dismissal With Prejudice that the above-styled action has been completely settled. (Doc. 19 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within thirty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida on May 18, 2023.

*[Signature]*
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

---

[1] The Joint Stipulation does not comply with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as it is not signed by both parties. (Doc. 19 at 2).

Copies to:
Counsel of Record